# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| MATTHEW RAY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17cv00499 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| HAROLD W. CLARKE, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

By order entered October 31, 2017, the court conditionally filed plaintiff Matthew Ray's complaint brought pursuant to 42 U.S.C. § 1983, and directed him to provide the court with certain financial information. That order was returned to the court as undeliverable and with no forwarding address. Ray has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Ray's complaint without prejudice. Ray is advised that he may refile his claims in a separate action.

    **ENTER**: This __28th__ day of November, 2017.

                                                             _____
                                                             NORMAN K. MOON
                                                             UNITED STATES DISTRICT JUDGE